Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Mark Allen Howell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN HOWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:15-cv-00879 DB<br><br>STIPULATION AND ORDRER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Mark Allen Howell be awarded attorney fees in the amount of two thousand two hundred ninety-five dollars ($2,295.00) and expenses in the amount of fourteen dollars ($14.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Mark Allen Howell, the government will consider the matter of Mark Allen Howell's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Mark Allen Howell, but if the Department of the Treasury determines that Mark Allen Howell does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Mark Allen Howell.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Mark Allen Howell's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Mark Allen Howell and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 12, 2017                    Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                           /s/ *Lawrence D. Rohlfing*
                          BY:_____
                                      Lawrence D. Rohlfing
                                      Attorney for plaintiff Mark Allen Howell

DATED: May 22, 2017               PHILLIP A. TALBERT
                                  United States Attorney

                                       /s/ *Richard Rodriguez*
                                  _____
                                  RICHARD RODRIGUEZ
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Nancy A. Berryhill,
                                  Acting Commissioner of Social Security
                                  (Per e-mail authorization)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[2]

Dated:  May 30, 2017

                                  _____
                                  DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\howell0879.stip.eaja.ord

---

[2]  Despite the stipulation's language to the contrary, the parties did not submit a copy of the retainer agreement as an exhibit.

-3-